IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Joan Lester, | ) | Civil Action No.  4:12-cv-03339-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| MindsInSync, Inc., Bed Bath & Beyond, Inc., Faro Logistics Solutions, Inc., Luen Tai Group Limited, and John Doe Company No. 1, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

      IT APPEARING that the above-entitled matter has been resolved by compromise and mutual consent by and between the plaintiff, Joan Lester, and the defendants, MindsInSync, Inc., Bed Bath & Beyond, Inc., Faro Logistics Solutions, Inc., Luen Tai Group Limited, and John Doe Company No. 1,

      NOW, THEREFORE, upon Motion of Sowell Gray Stepp & Laffitte, L.L.C., attorneys for the defendants, MindsInSync, Inc., and Bed Bath & Beyond, Inc.; and Aiken Bridges, Elliott, Tyler & Saleeby, P.A., attorneys for the defendant, Faro Logistics Solutions, Inc., by and with the consent of the undersigned attorneys for the plaintiff, Joan Lester,

      IT IS ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint, Amended Complaint, and Second Amended Complaint in the above-entitled action be dismissed, with prejudice, as to the defendants, MindsInSync, Inc., Bed Bath &

Beyond, Inc., Faro Logistics Solutions, Inc., Luen Tai Group Limited, and John Doe Company No. 1.

   AND IT IS SO ORDERED.

            s/R. Bryan Harwell
            The Honorable R. Bryan Harwell
            Judge, United States District Court

Florence, South Carolina

September 10, 2013.

WE SO MOVE:

SOWELL GRAY STEPP & LAFFITTE, LLC

By:  S / Rebecca Laffitte
   Rebecca Laffitte
   ID No. 1036
   J. Michael Montgomery
   ID No. 10290
   Post Office Box 11449
   Columbia, South Carolina  29211

Attorneys for Defendants, MindsInSync, Inc.,
and Bed Bath & Beyond, Inc.

WE SO MOVE:

AIKEN, BRIDGES, ELLIOTT, TYLER & SALEEBY, P.A.

By:  S / James M. Saleeby, Jr.
   James M. Saleeby, Jr.
   ID No. 6715
   Post Office Drawer 1931
   Florence, South Carolina  29503

Attorneys for Defendant, Faro Logistics Solutions, Inc.

3

WE CONSENT:

MIKE KELLY LAW GROUP, LLC


By:   S / Brad D. Hewett
        Brad D. Hewett
        ID No. 10388
        Post Office Box 8113
        Columbia, South Carolina  29202

Attorneys for Plaintiff, Joan Lester

3